ther consideration in light of *Sun Oil Co.* v. *Wortman*, 486 U. S. 717 (1988).

No. 87–682. TECHNOGRAPH LIQUIDATING TRUST *v.* GENERAL MOTORS CORP. C. A. 3d Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Christianson* v. *Colt Industries Operating Corp.,* 486 U. S. 800 (1988).

No. 87–687. SESSIONS TANK LINERS, INC., DBA SOUTHWEST TANK LINERS, INC. *v.* JOOR MANUFACTURING, INC.; and

No. 87–916. JOOR MANUFACTURING, INC. *v.* SESSIONS TANK LINERS, INC., DBA SOUTHWEST TANK LINERS, INC. C. A. 9th Cir. Certiorari granted, judgment vacated, and cases remanded for further consideration in light of *Allied Tube & Conduit Corp.* v. *Indian Head, Inc.*, 486 U. S. 492 (1988). Reported below: 827 F. 2d 458.

No. 87–1522. KOONTZ ET UX., ADMINISTRATORS OF THE ESTATE OF KOONTZ *v.* INTERNATIONAL HARVESTER CO. C. A. 3d Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Sun Oil Co.* v. *Wortman*, 486 U. S. 717 (1988).

No. 87–5690. LOWE *v.* ANCELLOTTI ET AL. C. A. 4th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *West* v. *Atkins, ante*, p. 42.

No. 87–6582. FRANKS *v.* BAUER ET AL. C. A. 5th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Houston* v. *Lack, ante*, p. 266.

No. 87–937. ATTORNEY GENERAL OF NEW JERSEY *v.* FIRST FAMILY MORTGAGE CORPORATION OF FLORIDA ET AL. Sup. Ct. N. J. [Certiorari granted, 485 U. S. 957.] Writ of certiorari dismissed as moot.

No. — – ——. BURNS *v.* NAVARRO, SHERIFF OF BROWARD COUNTY, FLORIDA, ET AL. Motion to direct the Clerk to file petition for writ of certiorari out of time denied.